IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| | : | NO. 08-3830 |
| v. | : | |
| | : | |
| MJC AMERICA, LTD. | : | |
| d/b/a SOLEUS INTERNATIONAL, INC. | : | |
| | : | |

## ORDER

AND NOW, this 18th day of July, 2011, plaintiff and counterclaim-defendant QVC's motion for summary judgment as to Count II of the amended counterclaim of defendant and counterclaim-plaintiff MJC America, Ltd., d/b/a Soleus International, Inc. is GRANTED. Judgment is ENTERED in favor of QVC, Inc. and against MJC America, d/b/a Soleus International, Inc. as to Count II of defendant's amended counterclaim.

                                                         *s/Thomas N. O'Neill, Jr.*
                                                       THOMAS N. O'NEILL, JR., J.