IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| | : | NO. 08-3830 |
| v. | : | |
| | : | |
| MJC AMERICA, LTD. | : | |
| d/b/a SOLEUS INTERNATIONAL, INC. | : | |
| | : | |

## ORDER

AND NOW, this 6th day of January, 2012, upon consideration of Soleus' motion in limine concerning evidence of customer complaints and QVC's response to Soleus's motion, and consistent with the accompanying memorandum of law, it is ORDERED that QVC's motion is GRANTED IN PART and DENIED IN PART as follows:

(1) Soleus's motion is GRANTED to the extent that it seeks to preclude evidence of customer complaints concerning the heaters at issue in this litigation as evidence that the heaters in fact overheated, malfunctioned or otherwise were defective under normal use;

(2) Soleus's motion is DENIED to the extent that it seeks to preclude the admission of any documents or testimony stating, recording or otherwise reflecting the substance of customer complaints.  QVC may introduce evidence of its customer complaint logs and the customer complaints for the purpose of establishing its notice of customer complaints when it determined to recall the heaters.

    *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.