IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC. | : | CIVIL ACTION |
| | : | NO. 08-3830 |
| v. | : | |
| | : | |
| MJC AMERICA, LTD. | : | |
| d/b/a SOLEUS INTERNATIONAL, INC. | : | |

**ORDER**

AND NOW, this 5th day of August, 2013, upon consideration of a motion by plaintiff and counterclaim defendant QVC, Inc. to revise the judgment entered in favor of it and against defendant and counterclaim-plaintiff MJC America, Ltd. d/b/a Soleus, International, Inc. to include its reasonable attorney's fees and prejudgment interest (Dkt. No. 104), Soleus's opposition thereto (Dkt. Nos. 112 and 113), and QVC's reply (Dkt. No. 114), it is ORDERED the motion is GRANTED and the Court's Order of October 22, 2012 (Dkt. No. 103) is AMENDED to include an award of attorney's fees, costs and prejudgment interest as follows:

1. Soleus is liable to QVC for $719,411.76 in reasonable attorney's fees paid to Saul Ewing, LLP;

2. Soleus is liable to QVC for $16,632.00 in reasonable attorney's fees paid to Brown & Gidding, P.C.;

3. Soleus is liable to QVC for $157,811.99 in costs and expenses paid to Saul Ewing, LLP;

4. Soleus is liable to QVC for $645.71 in costs and expenses paid to Brown & Gidding, P.C.;

5. Soleus is liable to QVC for $415,486.57 in prejudgment interest for QVC's Heater Related Damages; and

-2-

      6.      Soleus is liable to QVC for $43,783.21 in prejudgment interest for QVC's damages related to Other Merchandise.

As amended, JUDGMENT IS ENTERED in favor of plaintiff and counterclaim-defendant QVC, Inc. and against defendant and counterclaim-plaintiff MJC America, Ltd. d/b/a Soleus, International, Inc., in the amount of $3,035,578.08.

All other provisions in the Court's Order and Judgment dated October 22, 2012 (Dkt. No. 103) shall remain as originally stated.

                                                            *s/Thomas N. O'Neill, Jr.*
                                                             THOMAS N. O'NEILL, JR., J.